NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIKA TRANSPORT CORP, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 06-cv-5218 (DMC) |
| RLS DISTRIBUTION, INC. a/k/a RLS LOGISTICS, INC., MONTE AND SON TRANSPORTING, L.L.C., STI EXPRESS, L.L.C. TRANSAUTO, INC., JOHN DOES 1-400 AND XYZ CORPS., | |
| Defendants. | |

This matter coming before the Court upon motion for default judgment against Defendant Transauto, Inc. pursuant to FED. R. CIV. P. 55; and the Court having reviewed all submissions,

IT IS on this ___/___ of February, 2008;

**ORDERED** that Plaintiff's motion is **granted**;

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File